# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TYLER LOFTON, Individually and on behalf of the ESTATE of CHRISTOPHER M. LOFTON, et al., <br> Plaintiffs, <br><br> v. <br><br> MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL- PPC, INC., and JOHNSON & JOHNSON, <br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:05-CV-1531-L |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed January 4, 2011, in accordance with 28 U.S.C. § 636(b)(1), the court determines that the Findings and Conclusions of the magistrate judge are correct, and they are accepted as the findings and conclusions of the court. No objections were filed by any party. Defendants shall recover $19,117.16 in taxable court costs.

**It is so ordered** this 21st day of January, 2011.

Sam A. Lindsay
United States District Judge

Order – Solo Page